UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SANDEEP JAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:21-cv-258-PB |
| ) | |
| LINCOLN LIFE ASSURANCE COMPANY ) | |
| OF BOSTON, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

**Stipulation of Dismissal (Docket Markings)**

NOW COME Plaintiff Sandeep Jain, by and through his attorney, Sheila O'Leary Zakre, Zakre Law Office, and Defendant, Lincoln Life Assurance Company of Boston, by and through its attorney, Byrne J. Decker, Ogletree Deakins, and stipulate that the docket in this matter shall be marked as follows:

"Judgment for neither party; no costs; no interest; no further action for the same cause. Case dismissed with prejudice."

Respectfully submitted, this 7th day of October, 2021:

SANDEEP JAIN

BY: /s/Sheila O'Leary Zakre, Esq. #9101
   Zakre Law Office
   4 Park Street, Suite 206
   Concord, NH 03301
   (603) 224-4400
   sheila@zlawnh.com

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

BY: /s/ Byrne J. Decker
   Ogletree Deakins
   2 Monument Square
   7th Floor
   Portland, ME 04101
   (207)387-2963
   bdecker@ogletree.com

**Certificate of Service**

I hereby certify that October 7, 2021, I served the within **Stipulation of Dismissal (Docket Markings)** on Byrne J. Decker, attorney for Defendant via ECF transmission.

/s/Sheila O'Leary Zakre, Esq.